MARIO SANTANA, SR., as Administrator of the Estate of MARIO SANTANA, JR., Infant, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 42904.) — REYNOLDS, J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J. [48 Misc 2d 1036.]